# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED
2019 JAN -9 AM 9: 30

DEPUTY CLERK _____

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) |
| Rene Gloria | ) |
|  | ) 5-19MJ-0011 |
| Defendant(s) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 29 to October 4, 2018__ in the county of __Lamb County__ in the
__Northern__ District of __Texas and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:
(see attached affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

Keith Quigley, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/9/19

_____
Judge's signature

City and state: Lubbock, Texas

D. Gordon Bryant; U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF COMPLAINT

1. My name is Keith Quigley. I am a Special Agent (SA) employed by the Federal Bureau of Investigation (FBI), United States Department of Justice, and I have been so employed for 21 years. I have been assigned to the Lubbock, Texas, Resident Agency since 1998. I have handled many investigations involving child exploitation and child pornography. As an FBI SA, I am authorized to investigate crimes involving the sexual exploitation of children, in violation of Title 18, United States Code, Section 2422.

2. Section 2422(b) makes it a federal offense to use the mail or any facility or means of interstate commerce, including by a computer, or within the special maritime and territorial jurisdiction of the United States, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. There are four elements to this offense:[1]

> *First.* That the defendant knowingly persuaded, induced, enticed, coerced, or attempted to persuade, induce, entice, or coerce, an individual to engage in any sexual activity, or prostitution as charged;
>
> *Second.* That the defendant used the Internet, a telephone, a cell phone, or any facility or means of interstate or foreign commerce to do so;
>
> *Third.* That the defendant believed that such individual was less than 18 years of age;
>
> *Fourth.* That, had the sexual activity actually occurred, the defendant could be charged with the criminal offense of a violation of Section 22.011(a)(11) of the Texas Penal Code, which makes it a crime to

---

[1] Fifth Circuit Pattern Jury Instruction 2.91 (2015).

1

intentionally or knowingly cause the penetration of the anus or sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, to cause the penetration of the mouth of a child by the sexual organ of the actor, to cause the sexual organ of a child to contact or penetrate the mouth, anus, or sexual organ of another person, including the actor, to cause the anus of a child to contact the mouth, anus, or sexual organ of another person, including the actor, or to cause the mouth of a child to contact the anus or sexual organ of another person, including the actor.

"Prostitution" means engaging in or agreeing to or offering to engage in any sexual act with or for another person in exchange for money or other consideration

3. I am the case agent on a child sexual exploitation case in which Rene Gloria ("Gloria") is the subject. The information used to support this complaint was derived from reports and information obtained from investigations conducted by law enforcement related to the incident. This complaint contains information necessary to establish probable cause to believe that the criminal offense described herein was committed by the defendant; it is not intended to discuss every fact and matter known to this investigation. Moreover, to the extent that this complaint contains witness statements, those statements are set forth only in part and relevant substance and are intended to accurately relay the information, but are not verbatim recitations. All times are approximate.

4. On Thursday, October 04, 2018, Plainview Police Department (PPD) Corporal Luis Montelongo responded to a report of an assault that had recently occurred. Upon arriving, Montelongo spoke with the reporting party, a 14-year-old male, hereafter referred to as "John Doe." Doe advised that he met Rene Gloria through his girlfriend's

family. At the time he met Gloria, Doe's girlfriend had told Gloria that Doe was 14-years-old. Sometime in or about September 2018, Doe was in a car with Gloria in Earth, Texas. Gloria attempted to kiss Doe, but Doe was able to push Gloria off. They then went into Gloria's trailer. While there, Gloria attempted to kiss Doe again, but again Doe rejected his advance.

5. Over the next several days, Gloria continually offered to buy Doe various things in exchange for sexual favors but Doe resisted. Doe told Gloria that he was not gay and called Gloria a child molester, causing Gloria to become upset. Doe also told Corporal Montelongo that Gloria had a relationship with a 13-year-old boy that he identified as "Riley." According to Doe, Gloria told him that Gloria had made a similar agreement with Riley and that Gloria had bought Riley vehicles and other items in exchange for sexual favors.

6. PPD Detective Chris Tristan was assigned to investigate the matter. The PPD fully identified "Rene" as 56–year-old male Rene Gloria. Gloria is currently on state parole until 2027 relating to an unauthorized use of a motor vehicle conviction. On January 07, 2018, Gloria's parole officer confirmed that Gloria's cell phone number is 325-207-7194, the same number used to send various text messages (beginning September 29, 2018, and ending October 04, 2018,) to Doe that are partially transcribed below:

7. On October 02, 2018, Gloria and Doe exchanged the following text messages:

Gloria: I Told u i would get u anything i get pay tomorrow

3

Doe: U fr will you get me that white car i wanted

Gloria: If u bless hell yea

Gloria: I Get pay tomorrow

Doe: Thank you sm if you do get it

Gloria: What sm

Doe: If you get me a car

Gloria: If i get car u bless me

Gloria: U Fr

Doe: Wym by bless you

Gloria: U Know

Doe: Nvm then you dont gotta buy me one bekause i cant be bought sorry

Doe: Really wanted to have one but ig not

Gloria: Ok thanks

Doe: Okay its whatever dude you always say stuff then i get all happy for fucking nothing then i get all sad but its whatever

Gloria: Please forgive me i didnt mean to make u sad

Doe: Its whatever i always get happy for nothing

Gloria: Please smile

Doe: No i cant bekause everytime something good is Bout to happen and then it never does so i cant bekause im tried of getting happy and getting my hopes up

Gloria: I C

Doe: Why did you make me happy then ripping my whole happiness apart like how you gonna say you gonna buy me something then want sex outta of it you made me happy but now i see you just wanna buy me

Gloria: Dont think negative on what one say for exsample u said u cant be bought thats what i meant take it as favor for favor

Doe: So your gonna buy me it

Gloria: Not buy asking for a favor

Gloria: Ten minutes

8.    On October 03, 2018, Gloria and Doe exchanged the following text messages, continuing the above discussion about Gloria buying a car for Doe:

Gloria: I dont mind paying 5000 now u understand why i asked for a favor

Gloria: Was

Doe: It was 5000

Gloria: Yes and cash the car is good and worth it i test drove it nice

Doe: Damn fr

Gloria: Yes its good and worth it

Doe: Well how long will it be

Doe: For you to get it

Gloria: I Can get it by friday but u know its alot of money but ur worth it all

Doe: Ummm okay?

Gloria: Ok what

Doe: Idk and my bestfriend wants to see you

5

Gloria: Who and how old is he

Doe: Hes 15 and eli

Gloria: Im scare cuz i dont know him ur worth that and much more 20 mintues for 5000

Gloria: Is he gay

Doe: Yes

Gloria: U Told him about me how much he wants and wggat race

Doe: Hes like mexican

Gloria: What race is he

Doe: Mine mexixan/white

Gloria: Can I trust him honestly

Doe: Yes hes my bestfriend

Gloria: How much he wants

Doe: Because i tell him everything i told him about you wanting me abd that you were gona buy me the csr and he said that he will do it for me but idk ill have to ask him

Gloria: Can u ask him r n

9. At 9:10 PM on the same day, the following exchange took place between Gloria and Doe:

Gloria: Ur what be real 5000 is alot of money whats 20 mintues

Gloria: Yes or no please i can go rn to meet u

Doe: I cant give you 20 mins i gog a girlfriend

Gloria: Tem

Doe: Wgat2

Gloria: Ten

Doe: How about five but only hugging

Gloria: For 5000 come on 20

Gloria: Nobody will know promise

Doe: Plz just hug and ill kiss you once and then ill have to leave bekause ill feel uncomfortable but ill go to my friends house and go to youra at 3 am

Doe: And 10 mins

Doe: I barely hug anyvody that's why ill just hug bekause thats alot to me

Doe: And are you taking me to school hand you can come rn

Gloria: Ok of kissing and feeling and u come with me im taking girls to school

Gloria: Meet me at her house if u agree

Doe: Is this what you and rily did

Doe: And okay

Gloria: Ten mintues kissing and feeling on each other tomorrow get ur car im ready

Doe: No kissing we can hug

Gloria: Im putting gas rn just relaxe

Doe: Okay lmk when your in halfway

Doe: Did you a rily do this be hones3

7

Gloria: Tell me now please just relax for hugging no kissing and feeling on u nobody will know im ready to go get u

Gloria: Yes for 8 months nobody knew

Doe: Ummmm were not gonna be like that all im be there for is to help you when you needa do dishes or you need your trariler clean

Gloria: 5000 for that

Doe: Well you could buy me a truck for like 3000 or 2000 but i have to go with you

Gloria: I dont ur chest i want what u got between ur legs

Doe: Nope sorry

Gloria: Ten like u said close sex only

Gloria: Im ready to go pick u up rn

Doe: Why yk i gotta girlfriend and yk im not gay why cant you just treat me like a son like you said you would

Doe: I see you as my dad

Gloria: I Can go to muleshoe get beer or go pick u up its getting late u tell me rn

Doe: Thats why i dont wanna do shit with you

Gloria: Its just one time deal promise u

10.     On October 04, 2018, Gloria and Doe exchanged the following text messages, continuing their above discussion:

Gloria: U Need to get here I wanj dick she need u

Doe: Okay she can get dick and quick telling me to get there if you were apost to come get me

Gloria: Look I want ur dick now or she fucked his calling cps im playing with last chance

* * *

11.    Later in the text conversation, Gloria admits to being a child molester.

Doe: Pull up then bitch you pussy ass nigga child melster ass nigga

Doe: You think you bad and shit pull up then bitck you know where I stay nigga

Gloria:  Meet me at the house tomorrow bitch y fk up now show me ur about heq mom got my back bitch u lost ecriba whore

Doe:  No I didn't because Erica is always with my by my side ive know her for 4 years nigga you only know her beksuse yall moved there old pussy ass nigga

Doe:  You don't know shit nigga you just a pussy ass child melster.

Gloria: Im a child mostler be there bitch ur a punk

Based on the information above, I have probable cause to believe that Rene Gloria violated Title 18, United States Code, Section 2422(b), that is, Attempted Enticement of a Minor, and respectfully ask that this Court issue a warrant for his arrest.

_____
Keith Quigley
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this \_\_\_\_9th\_\_\_\_ day of January 2019, and I find probable cause.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

10