IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 FEB 13 PM 1:53

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5-19CR0029-C |
| RENE GLORIA | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

On or about December 24, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Rene Gloria**, defendant, did knowingly use a facility and means of interstate and foreign commerce, including U.S. currency and a vehicle, to persuade, induce, and entice, and attempt to persuade, induce, and entice, "John Doe 1," an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which **Gloria** could be charged with a criminal offense, that is, a violation of Section 22.011(a)(2), of the Texas Penal Code, which makes it a crime to intentionally and knowingly cause the penetration of the anus and sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, to cause the penetration of the mouth of a child by the sexual organ of the actor, to cause the sexual

organ of a child to contact and penetrate the mouth, anus, and sexual organ of another person, including the actor, to cause the anus of a child to contact the mouth, anus, and sexual organ of another person, including the actor, and to cause the mouth of a child to contact the anus and sexual organ of another person, including the actor.

In violation of Title 18, United States Code, Section 2422(b).

<u>Count Two</u>
Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

Between September 29, 2018, and October 4, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Rene Gloria**, defendant, did knowingly use a facility and means of interstate and foreign commerce, including a cellular telephone, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, "John Doe 2," an individual who had not attained the age of 18 years, to engage in prostitution, and to engage in sexual activity for which **Gloria** could be charged with a criminal offense, that is, a violation of Section 22.011(a)(2), of the Texas Penal Code, which makes it a crime to intentionally and knowingly cause the penetration of the anus and sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, to cause the penetration of the mouth of a child by the sexual organ of the actor, to cause the sexual organ of a child to contact and penetrate the mouth, anus, and sexual organ of another person, including the actor, to cause the anus of a child to contact the mouth, anus, and sexual organ of another person, including the actor, and to cause the mouth of a child to contact the anus and sexual organ of another person, including the actor.

In violation of Title 18, United States Code, Section 2422(b).

Count Three
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about December 15, 2018, through on or about the date of this Indictment, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Rene Gloria**, defendant, with the intent to injure, harass, and intimidate N.V., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facility of interstate and foreign commerce, that is, a cellular telephone, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to N.V., and placed N.V. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL:

_[signature]_
_____
FOREPERSON

**Rene Gloria**
Indictment - Page 4

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RUSSELL H. LORFING
Assistant United States Attorney
Texas State Bar No. 24070173
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail:      russell.lorfing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

RENE GLORIA

INDICTMENT

COUNTS 1-2: ATTEMPTED ENTICEMENT OF A MINOR
Title 18, United States Code, Section 2422(b).

COUNT 3: CYBER STALKING
Title 18, United States Code, Section 2261A(2).

(3 COUNTS)

A true bill rendered:
Lubbock _____ Foreperson

Filed in open court this __13th__ day of __February__, A.D. 2019.

DEFENDANT IN FEDERAL CUSTODY
COMPLAINT 5:19-MJ-0011 FILED January 9, 2019.

_____
UNITED STATES MAGISTRATE JUDGE